SIMONA G. STRAUSS, 203062
sstrauss@stblaw.com
STEPHEN P. BLAKE, 260069
sblake@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002

DAVID W. ICHEL (*pro hac vice* pending)
MARY ELIZABETH MCGARRY (*pro hac vice* pending)
JOSEPH M. MCLAUGHLIN (*pro hac vice* pending)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Defendant
DUCATI NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONAS SUGARMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DUCATI NORTH AMERICA, INC.,<br><br>Defendant. | Case No. CV 10-5246-PSG<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

1 | On December 22, 2010, Defendant Ducati North America, Inc. submitted a stipulation by the parties to continue the January 25, 2011 Initial Case Management Conference until February 15, 2011, or as soon thereafter as it may be scheduled. Having considered the stipulation, and good cause appearing, it is accordingly **ORDERED** that:

(1) The Initial Case Management Conference scheduled for January 25, 2011 shall be continued until February 15, 2011 at 2:00 p.m. in Courtroom 5 of the above-captioned Court, located at 280 South 1st Street, San Jose, California 95113; and

(2) All deadlines associated with the Initial Status Conference are hereby rescheduled based upon the February 15, 2011 date.

Date: December 27, 2010

*[signature: Paul S. Grewal]*
The Honorable Paul S. Grewal
United States Magistrate Judge