1    DAVID W. ICHEL (*pro hac vice*)
     MARY ELIZABETH McGARRY (*pro hac vice*)          **E-Filed 2/10/2011**
2    JOSEPH M. McLAUGHLIN (*pro hac vice*)
     SIMPSON THACHER & BARTLETT LLP
3    425 Lexington Avenue
     New York, New York  10017
4    Telephone: (212) 455-2000
     Facsimile: (212) 455-2502
5
     SIMONA G. STRAUSS, 203062
6    sstrauss@stblaw.com
     STEPHEN P. BLAKE, 260069
7    sblake@stblaw.com
     SIMPSON THACHER & BARTLETT LLP
8    2550 Hanover Street
     Palo Alto, California  94304
9    Telephone: (650) 251-5000
     Facsimile:  (650) 251-5002
10
     Attorneys for Defendant
11   DUCATI NORTH AMERICA, INC.

12

13                     UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17   JONAS SUGARMAN and QUANG LE, on behalf      Case No. CV 10-5246-JF (PSG)
     of themselves and all others similarly situated,
18                                               **STIPULATION AND [PROPOSED]
                          Plaintiffs,            ORDER RESCHEDULING THE
19                                               INITIAL CASE MANAGEMENT
                      v.                         CONFERENCE**
20
     DUCATI NORTH AMERICA, INC.,                 Judge:      Hon. Jeremy D. Fogel
21                                               Courtroom:  3, 5th Floor
                          Defendant.
22                                               [Filed Concurrently With: Motion to
                                                 Reschedule Initial Case Management
23                                               Conference]

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER RE RESCHEDULING CMC          CASE NO. CV 10-5246-JF (PSG)

**STIPULATION**

WHEREAS, on February 1, 2011, the Honorable Jeremy D. Fogel issued an Order setting a Case Management Conference in the above-captioned matter for March 4, 2011;

WHEREAS this conference would be the parties' Initial Case Management Conference;

WHEREAS David W. Ichel, lead trial counsel for Defendant Ducati North America, Inc. ("Ducati"), teaches a course at Duke University School of Law, in Durham, North Carolina, on March 4, 2011;

WHEREAS Mr. Ichel teaches every Friday during the Spring;

WHEREAS Local Rule 16-10(a) requires the presence of lead trial counsel at an Initial Case Management Conference;

WHEREAS Ducati believes that the in person participation of its lead trial counsel at the Initial Case Management Conference would make discussion of any substantive matters more productive; and

WHEREAS Plaintiffs' counsel has been informed of this conflict and agrees that Mr. Ichel's participation will enhance the productivity of the Initial Case Management Conference;

NOW, THEREFORE, Plaintiffs and Defendant hereby request that the Court reschedule the Case Management Conference, currently set for March 4, 2011 in the above-captioned Court, to either March 1, 2011 or March 2, 2011 at 9 a.m. or another time, based on the Court's convenience.

IT IS SO STIPULATED.

Dated:  February 2, 2011          GIRARD GIBBS LLP


                                  By _____/s/_____
                                     Geoffrey A. Munroe, 228590
                                     gam@girardgibbs.com

                                  Attorneys for Plaintiffs

Dated:  Feburary 3, 2011          SIMPSON THACHER & BARTLETT LLP


                                  By _____/s/_____
                                     Simona G. Strauss, 203062
                                     sstrauss@stblaw.com

                                  Attorneys for Defendant

STIPULATION & [PROPOSED] ORDER RE RESCHEDULING CMC          CASE NO. CV 10-5246-JF (PSG)

1   **PURSUANT TO STIPULATION, IT IS ORDERED** that the Initial Case Management

2   Conference in this action be set for _____March 3_____, 2011 at ____10:00 a.m. in the above-captioned

3   Court.  All related deadlines are accordingly rescheduled based upon this date.

4

5                                        The Honorable Jeremy D. Fogel

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ECF FILER'S ATTESTATION</u>**

I, Simona G. Strauss, as the e-filing signatory, attest that concurrence in filing this document has been obtained from Geoffrey A. Munroe.  In accordance with General Order 45 Section X(B), I shall maintain a record of Mr. Munroe's concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action.

Dated:  February 3, 2011

By _____/s/_____
　　　　Simona G. Strauss, 203062
　　　　sstrauss@stblaw.com