Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Geoffrey A. Munroe (State Bar No. 228590)
gam@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs*

David W. Ichel (pro hac vice)
dichel@stblaw.com
Mary Elizabeth McGarry (pro hac vice)
mmcgarry@stblaw.com
Joseph M. McLaughlin (pro hac vice)
jmclaughlin@stblaw.com
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JONAS SUGARMAN and QUANG LE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DUCATI NORTH AMERICA, INC.,<br><br>Defendant. | Case No. CV 10-5246-JF (PSG)<br><br>**STIPULATION TO APPOINTMENT OF GIRARD GIBBS LLP AS INTERIM CLASS COUNSEL FOR THE PUTATIVE CLASS PURSUANT TO RULE 23(g)(3) AND NOTICE OF WITHDRAWAL OF PENDING MOTION (DOCKET NOS. 56-57) AND [PROPOSED] ORDER** |

1 **STIPULATION AND NOTICE OF WITHDRAWAL OF MOTION ( NOS. 56-57)**

2 IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN COUNSEL FOR ALL

3 PARTIES as follows:

4 WHEREAS counsel for Plaintiffs, Girard Gibbs LLP, has filed a motion, numbers 56-57 on the

5 Court's docket, pursuant to Fed. R. Civ. P. 23(g)(3) to be appointed as interim counsel for the putative

6 class for the period before class certification is considered;

7 WHEREAS Defendant Ducati North America Inc. ("Ducati") contests that class certification is

8 lawful or appropriate for this case and has filed a motion to strike the class allegations in the First

9 Amended Complaint, which motion is pending;

10 WHEREAS the parties have agreed to a stipulated resolution of Plaintiffs' Rule 23(g)(3) motion

11 that would provide the administrative convenience offered by interim class counsel while ensuring that it

12 is without prejudice to any party and not intended to affect any determination of whether a class should

13 be certified or the class allegations should be stricken;

14 WHEREAS Fed. R. Civ. P. 23(g)(3) authorizes the Court to "designate interim counsel to act on

15 behalf of a putative class before determining whether to certify the action as a class action";

16 WHEREAS counsel for Plaintiffs and counsel for Defendant have established a professional

17 working relationship that they anticipate will be conducive to effective and efficient management of this

18 case;

19 WHEREAS Ducati agrees that Girard Gibbs LLP may be appointed to serve as interim counsel

20 to act on behalf of the putative class, provided that the appointment does not affect any determination of

21 whether a class should be certified or the class allegations should be stricken;

22 WHEREAS the parties further agree that the appointment of Girard Gibbs LLP as interim

23 counsel should not abridge or create any rights that Ducati or its counsel, or Plaintiffs' counsel, have to

24 directly communicate with putative class members in the period before class certification is determined;

25 and

26 WHEREAS Girard Gibbs LLP agrees to withdraw its pending motion for appointment of interim

27 counsel, Docket Nos. 56-57, in connection with this stipulation and order,

28

1
STIPULATION, NOTICE OF WITHDRAWAL OF MOTION & [PROPOSED] ORDER RE INTERIM
CLASS COUNSEL
CASE NO. CV 10-5246-JF (PSG)

NOW, THEREFORE, IT IS HEREBY FURTHER STIPULATED AND AGREED, subject to the Court's approval, that:

1. Plaintiffs' motion for appointment as interim class counsel, Docket Nos. 56-57, is withdrawn.

2. Pursuant to stipulation of the parties, Girard Gibbs LLP is appointed as interim counsel for the putative class pending the determination of class certification.

3. Ducati's stipulation to the interim appointment is without prejudice to any position, including its opposition to certification of a class.

4. This interim appointment shall not affect the Court's determination of whether a class should be certified or the class allegations should be stricken, nor should any inference be drawn from this consented-to appointment.

5. The interim appointment also shall not abridge or create any rights that Ducati or its counsel, or Plaintiffs' counsel, have to directly communicate with putative class members in the period before class certification is determined.

Dated:  March 29, 2011                    GIRARD GIBBS LLP

                                          By  /s/ *Eric H. Gibbs*
                                              Eric H. Gibbs

                                          Attorneys for Plaintiffs


Dated:  March 29, 2011                    SIMPSON THACHER & BARTLETT LLP

                                          By  /s/ *David W. Ichel*
                                              David W. Ichel (*pro hac vice*)
                                              dichel@stblaw.com

                                          Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 4/1/11

                                          _____
                                          The Honorable Jeremy D. Fogel

2

STIPULATION, NOTICE OF WITHDRAWAL OF MOTION & [PROPOSED] ORDER RE INTERIM
CLASS COUNSEL
CASE NO. CV 10-5246-JF (PSG)